# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:19-cv-126-GCM

| | |
|---|---|
| **MAEBELL R. MOORE,**  **Plaintiff,**  v.  **NANCY A. BERRYHILL, Acting Commissioner of Social Security**  **Defendant.** | **ORDER** |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby **remands** this case to Defendant for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

**SO ORDERED.**

Signed: October 24, 2019

Graham C. Mullen
United States District Judge

1